certiorari are granted and the judgment is reversed on the authority of *Reconstruction Finance Corp.* v. *Prudence Securities Advisory Group,* 311 U. S. 579. *Messrs. Dan Gordon Judge, John Ross Delafield, Edwin De T. Bechtel, Ralph W. Crolly,* and *Emery H. Sykes* for petitioners in No. 210. *Messrs. Jacob A. Freedman* and *Edward Endelman* for petitioners in No. 211. *Mr. Charles A. Frueauff* for petitioner in No. 214. *Mr. Irving L. Schanzer* for petitioner in No. 259. *Mr. Alfred T. Davison pro se,* in No. 273.

No. 284. DENHAM *v.* MUNSON LINE, INCORPORATED.

January 13, 1941. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed on the authority of *Reconstruction Finance Corp.* v. *Prudence Securities Advisory Group,* 311 U. S. 579. *Mr. I. L. Broadwin* for petitioner. *Mr. Francis L. Driscoll* for respondent.

No. —. Ex PARTE JOHN J. SHERIDAN. January 13, 1941. Application denied.

No. —, original. Ex PARTE CHESTER W. CAMPBELL;
No. —, original. Ex PARTE R. GORDON WHITMAN; and
No. —, original. Ex PARTE HERBERT A. BURGTORF. January 13, 1941. Motions for leave to file petitions for writs of habeas corpus denied.

No. —, original. Ex PARTE FRED J. BECKER. January 13, 1941. The rule to show cause is discharged and the